Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Selden Truck Corporation to answer within five days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BUTTERICK PUBLISHING COMPANY and Others, Respondents, v. DELL PUBLISHING Co., INC., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ANDREW BOLOGNINO, Appellant, v. MARIZZA L. BOLOGNINO, Also Known as LUCY BOLOGNINO, Also Known as ALICE BOLOGNINO, Respondent.— Order reversed and motion granted. The further bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ALFRED ROESCH and Others, Respondents, v. JOSEPH ROSENFELD and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES GOODMAN, Appellant.— Appeal dismissed upon the ground that no appeal lies from such an order except as it forms part of the judgment roll on an appeal duly taken from the judgment of conviction. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of NICHOLAS J. VAVOUDIS for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, to Pay over Certain Funds Now at the BANK OF THE UNITED STATES.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [141 Misc. 823.]

MAX RAPPAPORT, Respondent, v. NEW JERSEY BOND AND MORTGAGE CORPORATION, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

MAX RAPPAPORT, Respondent, v. NEW JERSEY BOND AND MORTGAGE CORPORATION and Others, Defendants, Impleaded with MATTHEW J. KURTZ, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

MAX RAPPAPORT, Respondent, v. NEW JERSEY BOND AND MORTGAGE CORPORATION and Others, Defendants, Impleaded with DANTE ZOTTO, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy and Martin, JJ.

JEMMA CIRUZZI, Appellant, v. LOUIS CIRUZZI, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Accounting of MORDECAI P. SPRINGER, as One of the Executors, etc., of PHILIP SPRINGER, Deceased.— Order affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [140 Misc. 57.]

ALCIDE FRENETTE, Plaintiff, v. YELLOW TAXI CORPORATION, NEW YORK, Respondent, and NICHOLAS PEPE, Appellant. CARL FROESCHLE, Plaintiff, v. YELLOW TAXI CORPORATION, NEW YORK, Respondent, and NICHOLAS PEPE,